IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Virginia McEntire Pearce, | ) | C/A No. 0:20-1623-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Andrew Saul, Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA").  (ECF No. 27); see 28 U.S.C. § 2412.  Plaintiff seeks an award of attorney's fees in the amount of $4,665.88 and expenses in the amount of $16.00.  The motion was accompanied by a statement of hours and expenses by Plaintiff's attorney which supports the motion.  The defendant filed a response indicating that he does not oppose the amount requested by Plaintiff.

The court has reviewed the motion, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, and hourly rates are reasonable and authorized under applicable law.  See Grisbrecht v. Barnhart, 535 U.S. 789, 796 (2002).

Accordingly, it is

**ORDERED** that the Plaintiff's request for attorney's fees and expenses pursuant to the EAJA be granted in the amount of $4,665.88 for attorney's fees and $16.00 for expenses.  EAJA fees awarded by this court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).  In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel, Defendant is directed to make the payment due to Plaintiff's counsel.  If Plaintiff has no debt subject to offset and no

proper assignment has been made by Plaintiff to counsel, Defendant is directed to make the check

due pursuant to this Order payable to Plaintiff and delivered to Plaintiff's counsel.

    **IT IS SO ORDERED.**

April 20, 2021                                      Paige J. Gossett
Columbia, South Carolina            UNITED STATES MAGISTRATE JUDGE